1
2
3
4
5           UNITED STATES DISTRICT COURT
6           EASTERN DISTRICT OF WASHINGTON

7  UNITED STATES OF AMERICA,              )
                                          )
8                    Plaintiff,           )
                                          )        CR-07-130-RHW
9          vs.                            )
                                          )
10 MICHAEL DAVID HEIT,                    )        Order Granting United States'
                                          )        Unopposed Motion For
11                   Defendant.           )        Additional Conditions Of
                                          )        Release
12
13
14         THIS MATTER coming before the court upon Motion by the United States for

15  an order allowing additional conditions of release, the court having considered the

16  Motion and the court being fully advised in the premises,

17         **IT IS ORDERED** that the United States' unopposed Motion (**Ct. Rec. 15**) is

18  **GRANTED.**  Defendant, MICHAEL DAVID HEIT, is prohibited from flying any

19  type of aircraft.

20         DATED November 6, 2007.

21

22                    _____ S/ CYNTHIA IMBROGNO _____
                      UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

Order Granting United States' Unopposed Motion For Additional Conditions Of
Release - 1
07cr130rhw-11-6-2.wpd